United States District Court Northern District of Texas
Motion Writ of Habeas Corpus 2254 A+B 28 U.S.C.S §§ 1345, 1346, title 28 U.S.C. 1940 ed. § 41(1) Judicial Code., 36 Stat. 1087
2:25-CV-230-Z-BR
2:26-CV-189

"Motion for Extraordinary Writ"

AC SEP 30 2026 AM8:29 FILED - USDC - NDTX - AM

The lawyer from 108th District Court of Potter County, Texas did not do his job witch was 2254A. For the appeal of state, Wile once i was back in cudsty, I filed an 2254B. Yes, I Know that you Know this. For some reasion 5th Circuit think I filed on my own. But Joe Mar Willison said he done it. I only filed once and it came back in 2012. Over turned 2012, by 5th Circuit and it had said over turned twice one over the outher. Under Section 1.06 Section 22.221 Gavmended Subsection (b) and adding Subsection (c) and (c-1) Art. 401 Artile 4.01 Code C.P Tex. Code Crim P. Art 4.03

Bias and raceis act

The court appointed lawyer have broken a few laws. One (1) law to "I" Client Creed. Two (2) He got paid by the state Three (3)

Neglect of duty, by him braken all of this laws. How can a person who don't Know the law be held accountable. That is not fair, the person who was Sworn by oath Should be held accountable for all wrong he/She has done. My 6th 5th 1st, and 14th amendment has been broken. Right along with the 8th amendment. I should have been treated like an paying client or the same if he was representing his Dad, coison or a person who have been done wrong by law. The Equal protection laws. By me Keep on trying to collect this money. Amarillo Police Department keep on braking the law's now. Unreasonable Search and Seizure. "47 Am 51 Search & 52" 2025 is when this started. After an terry stop by Amarillo officer on 3-3-25. If I get to trial I'll let you Know what happen.

Change of address

I had went to the Lynn County jail for 6 day's I have been

trying to let you all Know about me going back to Potter County jail 13100 NE 29th AVE Amarillo Tx 79111

Prayer

I pray that the courts, See that a person who dont Know the law's or law. Have gotten bias and raciest act by Amarillo Police Department, Joemarrwill or Joe Marr Willison, and the courts of potter county. The courts should have Stoped This when the lawyer did not and would not defend me. Mr. Ricky Bolton. I pray that the Circuit Courts See what Amarillo Texas have going on and put an Stop on it. Thank you Hon. JUDGE of Said Court for hearing me out.

Clerk of said court
5th Circuit and 7th Circuit
I would Like for this Motion to be filed to the 5th, 7th Circuit Courts of appeal.

Yes I have filed to the district Courts and Claim's courts for my (COA) last week. I will reacd for the next 4 steeps also.

C C:

5th, 7th Circuit Court of appeal JUDGE and clerk's

District Courts, JUDGES and clerk's Courts of Claims JUDGE's and Clerks

Willie A. Bolton 2721 Palm St Amarillo Tx 79107: Missa A Shonson 3401 S. Virginia Ama Tx 79105: Ricky Bolton 1310 NE 29th AVE Amarillo Tx 79111

Amarillo Police Department: 3rd st

Tamra Drone 2803 Magniola Amarillo Tx 79107 (My Wife)

Ricky Bolton need an copy of this Motion and Amendeal Judgement also leave of papers packet. My (COA) Should be There by now 14 days

Ricky Bolton 104772
13100 NE 29th Ave
Ama TX 79111

In Town

RECEIVED
SEP 30 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 79101 $ 000.78⁰
02 7W
0008045431 SEP 28 2026

United States District
Court Northern District of Texas
205 S.E 5th Ave Suit 133
Amarillo TX 79101

LEGAL

PCDC
Cpt

79101$1555 C002

Mailed
9-25-26

Mailed on
9-26-26